Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Jared M. Ahern/Bar No. 279187
jahern@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:   (650) 327-4200
Facsimile:   (650) 325-5572

Attorneys for Plaintiff
M/A-COM Technology Solutions Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M/A-COM TECHNOLOGY SOLUTIONS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SEMICONDUCTOR SERVICE, INC., a California corporation; STEVEN L. COLLINS, an individual,<br><br>Defendant. | Case No. 4:15-cv-02423-EMC<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

IT IS HEREBY STIPULATED by and between plaintiff M/A-COM Technology Solutions Inc. ("plaintiff" or "MACOM") and defendants Steven L. Collins and Integrated Semiconductor Service, Inc. (collectively "defendants") as follows:

Whereas on June 5, 2015, this Court issued an Order (Doc. No. 19), granting in part plaintiff's ex parte motion for temporary restraining order;

Whereas the Court's June 5, 2015 Order set a hearing for June 29, 2015 for an order to

1 to show cause as to why a preliminary injunction should not issue against defendants;

2 Whereas the Court set the deadline for defendants' opposition to said motion to be due on
3 June 15, 2015 and plaintiff's reply to be due on June 22, 2015;

4 Whereas since June 5, 2015, plaintiff has made attempts but has been unsuccessful in
5 locating Mr. Collins and effecting service on him;

6 Whereas on June 15, 2015, counsel for Mr. Collins, Vernon C. Goins, contacted
7 MACOM's counsel and stated he would now be representing Mr. Collins in this case;

8 Whereas Mr. Goins requested that the June 29, 2015 hearing be continued to a later date
9 so as to allow time to file a response on behalf of Mr. Collins;

10 Whereas Mr. Goins has accepted service of the complaint and the court's June 5, 2015
11 Order by e-mail on behalf of Mr. Collins;

12 Whereas Mr. Goins has agreed to produce Mr. Collins for deposition on June 19, 2015
13 at 400 Main Street, Suite 250, Los Altos, California;

14 Whereas, plaintiff and defendants agree to continue the June 29, 2015 hearing to July 17,
15 2015 or the first available date thereafter to be set by the Court;

16 Whereas, plaintiff and defendant agree that defendants' opposition to said motion will be
17 due two weeks (14 calendar days) prior to the new hearing date and plaintiff's reply will be due
18 one week (7 calendar days) prior to the new hearing date;

19 Whereas, plaintiff and defendants agree that the Court's June 5, 2015 Order shall remain
20 in effect up to and including the continued hearing date.

21 **IT IS SO STIPLATED.**

22 Dated:  June 18, 2015.

**THOITS LAW**

/s/ Andrew P. Holland
**Andrew P. Holland**
**Attorneys for Plaintiff**
**M/A-COM Technology Solutions Inc.**

Dated: June 18, 2015.

GOINS & ASSOCIATES

Vernon C. Goins
Attorneys for Defendant
Steven L. Collins

Dated: June 18, 2015.

INTEGRATED SEMICONDUCTOR SERVICE, INC.

Steven L. Collins
Agent For Service of Process

Pursuant to the terms of the parties' stipulation, the Court orders that the June 29, 2015 hearing is continued until July 17, 2015 at 2:00 pm. The briefing schedule shall be as stipulated by the parties. The Court's June 5, 2015 order shall remain in effect until a further order of this Court on MACOM's request for a preliminary injunction. Opposition due June 26, 2015. Reply due July 2, 2015.

**IT IS SO ORDERED**

Dated: June 18, 2015.

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

137224.007/709094v1

3

STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION