UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M/A-COM TECHNOLOGY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SEMICONDUCTOR SERVICE, INC., *et al.*, <br><br> Defendants. <br> _____/ | No. C-15-2423 EMC <br><br><br> **ORDER RE CONTACT INFORMATION FOR THIRD-PARTY DAVID DUNHAM** <br><br> **(Docket No. 24)** |

Plaintiff M/A-COM Technology Solutions, Inc. ("MACOM") has filed an ex parte motion to modify the temporary restraining order ("TRO") previously issued by this Court based on information that MACOM has obtained through discovery. Part of the relief sought is an order that a third party, David Dunham, turn over cashier's checks that Defendants gave to him for safekeeping. *See* Docket No. 25-1 (Holland Decl., Ex. 1) (Collins Depo. at 155-56) (characterizing Mr. Dunham as his consultant or advisor). Because Mr. Dunham is being implicated in the motion, the Court deems it appropriate to give Mr. Dunham notice of the motion. Accordingly, the Court hereby orders as follows.

(1) Defendant Steven Collins shall e-file all contact information he has for Mr. Dunham by **6:00 p.m., June 29, 2015**. Contact information includes, but is not limited to, mailing addresses, e-mail addresses, telephone numbers (home, office, and/or cell), and fax numbers.

(2) Upon receipt of Mr. Collins's e-filing, MACOM shall then serve a copy of the ex parte motion, as well as this order, on Mr. Dunham by all means practicable, including e-mail, by

**12:00 p.m., June 30, 2015**.  MACOM shall also give Mr. Dunham notice of the motion by telephone, assuming that a number is provided by Mr. Collins.  A proof of service shall be filed promptly.

    (3)    Mr. Dunham shall have until **12:00 p.m., July 2, 2015**, to file any response to the motion.

IT IS SO ORDERED.

Dated: June 29, 2015

_____
EDWARD M. CHEN
United States District Judge