Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Jared M. Ahern/Bar No. 279187
jahern@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Plaintiff
M/A-COM Technology Solutions Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M/A-COM TECHNOLOGY SOLUTIONS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SEMICONDUCTOR SERVICE, INC., a California corporation; STEVEN L. COLLINS, an individual,<br><br>Defendant. | No. **3:15-cv-02423-EMC (KAW)**<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date: November 24, 2015<br>Time: 10:30 a.m.<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

137224.007/754426v1

CASE MANAGEMENT STATEMENT

At the November 2, 2015 settlement conference held before the Honorable Kandis A. Westmore, the parties reached a settlement and placed it on the record. The parties are currently in the process of memorializing that settlement agreement in written form. Once that is done the parties will cause the matter to be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

In light of this, plaintiff M/A-Com Technology Solutions Inc. respectfully requests that the Court vacate the November 24, 2015 status conference.

Dated:  November 17, 2015.

**THOITS LAW**

By     /s/Andrew P. Holland
**Andrew P. Holland
Attorneys for Plaintiff
M/A-COM Technology Solutions Inc.**

IT IS HEREBY ORDERED that the Further CMC is reset from 11/24/15 to 12/17/15 at 10:30 a.m. This CMC will be vacated once a stipulation for dismissal is filed.  An updated joint CMC statement shall b filed by 12/10/15.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

137224.007/754426v1

1

CASE MANAGEMENT STATEMENT