Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Jared M. Ahern/Bar No. 279187
jahern@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:   (650) 327-4200
Facsimile:    (650) 325-5572

Attorneys for Plaintiff
M/A-COM Technology Solutions Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M/A-COM TECHNOLOGY SOLUTIONS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SEMICONDUCTOR SERVICE, INC., a California corporation; STEVEN L. COLLINS, an individual,<br><br>Defendant. | No. 3:15-cv-02423-EMC (KAW)<br><br>JOINT CASE MANAGEMENT STATEMENT ; ORDER RESETTING CMC<br><br>Date:          December 17, 2015<br>Time:         10:30 a.m.<br>Courtroom: 5<br>Judge:        Hon. Edward M. Chen |

137224.007/754426v1

CASE MANAGEMENT STATEMENT

Since the last Case Management Statement filed on November 18, 2015, plaintiff M/A Technology Solutions Inc. ("MACOM") and defendant Steven Collins ("Collins") have entered into a written settlement agreement, which includes a stipulation for entry of judgment if certain payments are not made. The agreement also provides that Judge Westmore will retain jurisdiction to enforce the settlement agreement and enter a stipulated judgment, if necessary. The last payment under this settlement agreement is to be made on December 31, 2016.

Because co-defendant Integrated Semiconductor Service Inc. ("ISS") is a suspended corporation, is not represented, is not a party to the settlement agreement and has not responded to the complaint, MACOM will be filing a request to take its default. However, if Collins makes all the payments under the settlement agreement there will be no reason to have a judgment entered against ISS.

Accordingly, the parties request that the Court keep jurisdiction over this matter until either judgment is entered against both ISS and Collins because Collins fails to make a payment under the settlement agreement, or the parties dismiss the action after the last payment is made on or before December 31, 2016. In light of this, MACOM and Collins respectfully request that the Court vacate the December 17, 2015 status conference.

Dated: December 14, 2015.

THOITS LAW

By     /s/Andrew P. Holland
       **Andrew P. Holland**
       **Attorneys for Plaintiff**
       **M/A-COM Technology Solutions Inc.**

IT IS SO ORDERED that the further CMC is reset from 12/17/15 to 7/21/16 at 10:30 a.m. An updated joint CMC statement shall be filed by 7/14/16.

GOINS & ASSOCIATES

_____
Edward M. Chen
U.S. District Judge

By     /s/ Vernon Goins
       **Vernon Goins**
       **Attorneys for Defendant**
       **Steven Collins**

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

137224.007/754426v1                             1
CASE MANAGEMENT STATEMENT

1  Andrew P. Holland/Bar No. 224737
   aholland@thoits.com
2  Mark V. Boennighausen/Bar No. 142147
   mboennighausen@thoits.com
3  Jared M. Ahern/Bar No. 279187
   jahern@thoits.com
4  **THOITS LAW**
   A Professional Law Corporation
5  400 Main Street, Suite 250
   Los Altos, California 94022
6  Telephone:  (650) 327-4200
   Facsimile:   (650) 325-5572
7
   **Attorneys for Plaintiff**
8  **M/A-COM Technology Solutions Inc.**

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    OAKLAND DIVISION
12

13  M/A-COM TECHNOLOGY                    No. 3:15-cv-02423-EMC
    SOLUTIONS INC., a Delaware
14  corporation,                          **CERTIFICATE OF SERVICE**

15          Plaintiff,

16  v.

17  INTEGRATED SEMICONDUCTOR
    SERVICE, INC., a California
18  corporation; STEVEN L. COLLINS, an
    individual,
19
            Defendant.
20

21      I, Michelle Garcia, certify and declare as follows:

22      I am over the age of 18 years and not a party to this action.

23      My business address is 400 Main Street, Suite 250, Los Altos, CA 94022, which is

24  located in the city, county and state where the emailing described below took place.

25      On December 14, 2015, I caused notice to be provided with regard to the below listed

26  document(s) in the manner indicated below:

137224.007/714075v1                      1
                            CERTIFICATE OF SERVICE

## JOINT CASE MANAGEMENT STATEMENT

( )  By transmitting said document(s) via electronic mail from the electronic mail account: mgarcia@thoits.com to each interested party at the electronic mail address(es) shown in the service list. No message was received that the electronic mail was undeliverable.

(X) By placing said document(s) in a sealed envelope, and causing said envelope to be deposited with the United States Mail at Los Altos, California, addressed for delivery to the person(s) set forth below.

(X) By transmitting said document(s) via electronic mail to the address registered with the court's ECF system.

Vernon C. Goins, III  - via ECF system
and REGULAR MAIL
vgoins@goinslawfirm.com

Vernon C. Goins, II
Goins & Associates, PLC
1330 Broadway, Suite 930
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct.

_____
Michelle Garcia

THOITS LAW
A PROFESSIONAL LAW CORPORATION
400 MAIN STREET, SUITE 250
LOS ALTOS, CALIFORNIA 94022
(650) 327-4200

137224.007/714075v1

2
CERTIFICATE OF SERVICE